UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANTHONY GAINES, ET AL. | * | CIVIL NO. 6:16-0594 |
| VERSUS | * | JUDGE DOHERTY |
| GREENWOOD MOTOR LINES, INC., ET AL. | * | MAGISTRATE JUDGE HANNA |

### ORDER REQUIRING SUBMISSION ON JURISDICTIONAL AMOUNT

This case was removed from a local state court based on the defendants' allegation that the matter in controversy exceeds $75,000 and that this court therefore has diversity jurisdiction under 28 U.S.C. § 1332. Following a review of the pleadings, this Court finds that the removing defendants have not established that the amount in controversy exceeds the jurisdictional threshold.

A removing defendant must prove by a preponderance of the evidence that the amount in controversy exceeds $75,000 by either (1) demonstrating that it is facially apparent that the claims are likely above $75,000 or (2) setting forth the specific facts in controversy that support a finding of the jurisdictional amount. *Simon v. WalMart Stores*, 193 F.3d 848, 850 (5th Cir. 1999) *citing Luckett v. Delta Airlines, Inc.*, 171 F.3d 295, 298 (5th Cir. 1999).

In the removal notice, the removing defendants argue that it is facially apparent that the amount in controversy exceeds $75,000. The facts alleged in the plaintiffs' petition are insufficient for this Court to determine whether the amount in controversy exceeds the

jurisdictional minimum.  In their Petition, plaintiffs allege only that they seek general categories of damages. [rec. doc. 1-5, pg. 2, ¶ II].  These allegations are too vague and nonspecific to support a finding regarding the amount in controversy.  Thus, on the present record, there is insufficient factual basis for this Court to determine if the amount in controversy exceeds this Court's jurisdictional minimum.[1]

**IT IS THEREFORE ORDERED that or on before May 24, 2016**, the removing defendants shall file a memorandum setting forth specific facts in controversy which support a finding that the amount in controversy exceeds the jurisdictional minimum. These facts should be supported with summary-judgment-type evidence.  The plaintiffs will be allowed seven days to respond.

Signed this 3rd day of May, 2016, at Lafayette, Louisiana.

_____
**PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE**

---

[1] Relevant jurisdictional facts which should be included in the removal notice when available include the following: (1) a description of the nature and severity of plaintiff's injuries and alleged damages; (2) plaintiff's current diagnosis, including whether the plaintiff has undergone or is expected to undergo surgery, and the nature thereof; (3) duration of medical treatment; (4) dollar amount of medicals incurred to date; (5) dollar amount of medicals which plaintiff will probably incur in the future based upon the current medical diagnosis; (6) lost wages incurred to date; (7) lost wages which plaintiff will probably incur in the future based upon the current medical diagnosis; and (8) citations to case law involving similar facts and injuries which reflect verdicts in the amount of $75,000.00 or more.